# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 10-09066 SWD | Trustee: | (420150) | THOMAS R. TIBBLE |
|---|---|---|---|---|
| Case Name: | MILNICKEL, ALFRED L | Filed (f) or Converted (c): | 07/23/10 (f) | |
| | MILNICKEL, TAMI J | §341(a) Meeting Date: | 09/20/10 | |
| Period Ending: | 06/30/18 | Claims Bar Date: | | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Property located at 69497 68th. Ave., Watervliet | 135,000.00 | 0.00 | | 0.00 | FA |
| 2 | Property located at 69501 68th Ave., Watervliet, | 120,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account w/ PNC Bank 2 East Main St. Har | 711.00 | 0.00 | | 0.00 | FA |
| 4 | Living room property | 770.00 | 0.00 | | 0.00 | FA |
| 5 | Dining room property | 485.00 | 0.00 | | 0.00 | FA |
| 6 | Bedroom(s) property | 535.00 | 0.00 | | 0.00 | FA |
| 7 | Kitchen property | 885.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous property not applicable to any spe | 3,790.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous books, pictures, and art | 300.00 | 0.00 | | 0.00 | FA |
| 10 | All clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Profit sharing Plan w/ Lane Automotive, Inc. (Me | 36,864.08 | 0.00 | | 0.00 | FA |
| 12 | Accrued income Wages: $731.55 Rental Income: $62 | 1,353.68 | 0.00 | | 0.00 | FA |
| 13 | Anticipated 2010 income tax refund (Approximate) | 1,435.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 Chevrolet Trailblazer | 15,030.00 | 0.00 | | 0.00 | FA |
| 15 | 2001 Chevrolet Blazer (DAUGHTER'S VEHICLE) VIN # | 2,500.00 | 0.00 | | 0.00 | FA |
| 16 | possible medical malpractice settlement recovery (u) | 1.00 | 1.00 | | 0.00 | 1.00 |
| 16 | Assets     Totals  (Excluding unknown values) | $320,159.76 | $1.00 | | $0.00 | $1.00 |

Printed: 07/26/2018 11:20 AM     V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-09066 SWD  
**Case Name:** MILNICKEL, ALFRED L  
MILNICKEL, TAMI J  
**Period Ending:** 06/30/18

**Trustee:** (420150)   THOMAS R. TIBBLE  
**Filed (f) or Converted (c):** 07/23/10 (f)  
**§341(a) Meeting Date:** 09/20/10  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

06/26/18-case Reopened; withdrew NDR, closed 341, filed Form 1, possible medical malpractice settlement

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018      **Current Projected Date Of Final Report (TFR):**   December 31, 2018